UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 13-4274

_____

UNITED STATES OF AMERICA

v.

JOHN DOE,
                    Appellant

_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal Action No. 2-02-cr-00191-001)
District Judge: Honorable Donetta W. Ambrose

_____

Argued January 12, 2015

Before: AMBRO, FUENTES, and ROTH, Circuit Judges

(Opinion filed September 2, 2015)


**ORDER  AMENDING  PRECEDENTIAL  OPINION**

        IT IS NOW ORDERED that the published Opinion in the above case filed
September 2, 2015, be amended as follows:

        On page 49, in the first full paragraph, eighth line down, replace the word "Doe"
with the word "he" so that the phrase reads:  "as he was convicted in Pennsylvania.)"


                                        By the Court,

                                        s/ Thomas L. Ambro, Circuit Judge

Dated: September 4, 2015

cc: all counsel of record